# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,  :

        Plaintiff,  :

        v.  :  Criminal Action No. 05- 3 1

JOSE LUIS VASQUEZ-JUAREZ,  :

        Defendant.  :

REDACTED

## INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT I

On or about March 11, 2005, in the District of Delaware, Jose Luis Vasquez-Juarez, the defendant, an alien and subject of Mexico, who had been arrested and deported from the United States on June 4, 2002, was found in the United States, and the defendant was knowingly in the United States unlawfully, and prior to the defendant's re-embarkation at a place outside the United States, neither the Attorney General nor the Undersecretary for Border and Transportation Security, Department of Homeland Security, had expressly consented to the defendant's re-application for admission, all in violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL:

_____

Foreperson

COLM F. CONNOLLY
United States Attorney

BY: _____

Beth Moskow-Schnoll
Assistant United States Attorney

Dated: April 14, 2005