AO 442  (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of     DELAWARE

UNITED STATES OF AMERICA

V.

JOSE LUIS VASQUEZ-JUAREZ

**WARRANT FOR ARREST**

Case Number: CR 05-31-UNA

*FILED 2005 MAY 17 AM 9:18 CLERK U.S. DISTRICT COURT DISTRICT OF DELAWARE*

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest     **JOSE LUIS VASQUEZ-JUAREZ**
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment   ☐ Information   ☐ Complain   ☐ Order of court   Violation   Probation Violation Petition

charging him or her     (brief description of offense)

RE-RENTRY AFTER DEPORTATION

in violation of     8     United States Code, Section(s)     1326(a)

Peter T. Dalleo
Name of Issuing Officer

Clerk, United States District Court
Title of Issuing Officer

By: [signature]; Deputy Clerk
Signature of Issuing Officer

4/14/ 2005 in Wilmington, DE
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant _____ |

| DATE RECEIVED 04/14/05 DATE OF ARREST 04/14/05 | NAME AND TITLE OF ARRESTING OFFICER [signature] CPS | SIGNATURE OF ARRESTING OFFICER [signature] |

AO 442   (Rev. 12/85) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN                 _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____      WEIGHT: _____

SEX: _____      RACE: _____

HAIR: _____      EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____

_____

_____