UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,       )
                                )
            Plaintiff,           )
                                )
                                )   CASE NO. CR 05-31 GMS
      vs.                        )
                                )
  Jose Luis Vasquez-Juarez       )
                                )
            Defendant.           )

### O R D E R

The defendant, upon entering a plea of not guilty to the Indictment on June 10, 2005 requested, through counsel, additional time to file pretrial motions. The Court having considered the request, it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until July 22, 2005 The time between the date of this order and July 22, 2005 shall be excludable under the Speedy Trial Act ( 18 U.S.C.3161,et seq.).

_____
Honorable Mary Pat Thynge
U.S. Magistrate Judge


cc: Defense Counsel
    United States Attorney