# FEDERAL PUBLIC DEFENDER
District of Delaware
704 King Street, Suite 110
Wilmington, Delaware 19801
(302) 573-6010   FAX (302) 573-6041

| | |
|---|---|
| Penny Marshall<br>Federal Public Defender | Christopher S. Koyste<br>Assistant Federal Public Defender |
| | Eleni Kousoulis<br>Assistant Federal Public Defender |
| | Jonathan Pignoli<br>Research and Writing Specialist |

August 5, 2005

Honorable Gregory M. Sleet
United States District Court
J. Caleb Boggs Federal Building
844 King Street, Fourth Floor
Wilmington, DE 19801

      Re:    **United States v. Jose Luis Vasquez-Juarez**
              **Criminal Action No. 05-31-GMS**

Dear Judge Sleet.

      This letter is an unopposed request to set an expedited hearing date in the above entitled matter.  It is also requested that the Court set the date for a guilty plea with sentencing to follow.

      On June 7, 2005, an initial appearance was held in Delaware District Court on an April 14th indictment charging Mr. Vasquez-Juarez with illegal re-entry after deportation.  The defense accepted the government's plea agreement to plead to the indicted charge. Since the parties recognized that the guideline range was likely to be relatively low, probation was asked to complete an expedited presentence report in anticipation of sentencing.

      The pre-sentencing report, which has now been completed, list a guideline range of 1 to 7 months.   Mr. Vasquez-Juarez was incarcerated in February 2005 on a separate state charge, however, he was given probation in that case.  Therefore, Mr. Vasquez-Juarez has served significant prison time for which no sentence of incarceration has applied.

It is therefore requested that a guilty plea-sentence date be set as soon as feasible for the Court.

Respectfully submitted,

/s/
Penny Marshall
Federal Public Defender

PM/rsb

cc: Beth Moscow Schnoll, Assistant United States Attorney
    Nancy Klingler, U.S. Probation/Pretrial Services