IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal No. 05-cr-31 GMS |
| | : |
| JOSE LUIS VASQUEZ-JUAREZ | |
| | : |

## NOTICE OF SCHEDULING

IT IS HEREBY ORDERED that the change of plea and sentencing hearing regarding the above-named defendant is scheduled for **Tuesday, August 30, 2005, at 9:30 a.m.** before the Honorable Gregory M. Sleet, United States District Judge, Courtroom 4A, United States Courthouse, 844 King Street, Wilmington, DE.

/s/ Gregory M. Sleet
UNITED STATES DISTRICT JUDGE

Date: August 11, 2005