# FEDERAL PUBLIC DEFENDER
District of Delaware
704 King Street, Suite 110
Wilmington, Delaware 19801
(302) 573-6010    FAX (302) 573-6041

Penny Marshall
Federal Public Defender

Christopher S. Koyste
Assistant Federal Public Defender

Eleni Kousoulis
Assistant Federal Public Defender

Jonathan Pignoli
Research and Writing Specialist

August 12, 2005

Honorable Gregory M. Sleet
United States District Court
J. Caleb Boggs Federal Building
844 King Street, Fourth Floor
Wilmington, DE 19801

      Re:    United States v. Jose Luis Vasquez-Juarez
               Criminal Action No. 05-31-GMS

Dear Judge Sleet:

      Attached please find the plea agreement in the above-entitled case.  As per the defense's previous correspondence, it is requested that Mr. Vasquez-Juarez plead guilty and at the same time be sentenced on a date at the Court's earliest convenience.

               Respectfully submitted,

               /s/
               Penny Marshall
               Federal Public Defender

PM/rsb

cc:    Beth Moskow-Schnoll, AUSA